FILED
9/15/16 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Carmino_____ JAD/TPA/(CMB)/GLT
Date of Meeting: __9/12/16__
Case Number: __16-22089__ Recording # __06__
Debtor(s) present __✓__ or Not Present ____ (__ No Payments Made or __ partial payments)
Attorney for debtor(s) __Short Valencik__ (Present __✓__ or Not Present ____)
Date of Plan at § 341: __6/20/16__ Applicable commitment period __3 yrs __✓__ 5 yrs

Per counsel, non-d H's income over-stated. Amended schedule to be filed.
To file late CMP
need tax return for T review

__X__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
          ____ Order to Show Cause Requested
          ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
__X__ Amended Plan due: __9/30/16__; Objections due: __10/21/16__

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
       ____ 341 Meeting  OR __X__ Conciliation Conf. OR __ *Contested Hearing
       On __11/17/16__ at __11:30__ am/pm Location __3250__

_Dana Paul_
Chapter 13 Trustee/Attorney for Trustee