Motion to withdraw Carmino **IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE** ) | Case No. 16-22089 CMB |
| **TARA C. CARMINO,** ) | |
|       Debtor, ) | Chapter 13 |
| **GARY W. SHORT,** ) | |
|       Movant, ) | Document No. 34 |
| vs. ) | |
| **TARA C. CARMINO,** ) | Hearing Date and Time: |
|       Respondent. ) | September 28, 2016 at 10:00 a.m. |
| ) | Responses Due: September 13, 2016 |

## <u>ORDER OF COURT</u>   ENTERED BY DEFAULT

AND NOW, this __14th__ day of __September__, 2016, upon consideration of the Debtor's Counsel's Motion to Withdraw from representing the Debtor, and all responses to the Motion, if any, and after notice and hearing as is appropriate, it is hereby ORDERED, ADJUDGED and DECREED that Gary W. Short is authorized to terminate his representation of the Debtor, Tara C. Carmino, in this bankruptcy proceeding effective immediately.

*Carlota M. Böhm* jah
Carlota M. Bohm
United States Bankruptcy Judge

FILED
9/14/16 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tara C. Carmino  
      Debtor

Case No. 16-22089-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Sep 14, 2016  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.  
db         +Tara C. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:

         Donald R. Calaiaro    on behalf of Debtor Tara C. Carmino dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com  
         Gary William Short    on behalf of Debtor Tara C. Carmino garyshortlegal@gmail.com, gwshort@verizon.net  
         Gary William Short    on behalf of Debtor Scott A. Carmino garyshortlegal@gmail.com, gwshort@verizon.net  
         Joshua I. Goldman    on behalf of Creditor    Franklin American Mortgage Company jgoldman@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                              TOTAL: 8