**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-22089 CMB |
| Tara C. Carmino, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Tara C. Carmino, | ) **Related Document No.** 40-39 |
| **Movant,** | ) **Hearing Date:** 10/19/16 @ 11:00 a.m. |
| **vs.** | ) **Response Due:** 09/30/16 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
Motion to Employ Substitute Counsel - Document No. 39**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Substitute Counsel** filed on September 13, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Substitute Counsel** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Substitute Counsel** were to be filed and served no later than September 30, 2016.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Substitute Counsel** be entered by the Court.

Dated:  October 3, 2016                     /s/ Donald R. Calaiaro

**Donald R. Calaiaro, Esquire PA ID #27538**
**dcalaiaro@c-vlaw.com**
**David Z. Valencik, Esquire PA ID #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**