# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Bankruptcy No. 16-22089 CMB |
| Tara C. Carmino, | ) Chapter 13 |
|           Debtor, | ) Docket No. |
| Gary W. Short, | ) |
|           Movant, | ) Hearing Date and Time: |
| vs. | ) October 19, 2016 at 10:00 a.m. |
| Ronda J. Winnecour, Trustee, | ) Responses Due: October 4, 2016 |
|           Respondent. | ) |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR INTERIM COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 16, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than October 4, 2016.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: October 5, 2015  /s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com

pdfr