IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Bankruptcy No. 16-22089 CMB |
| Tara C. Carmino, | ) Chapter 13 - Related to: |
| Debtor, | ) Docket No. 47 |
| Gary W. Short, | ) |
| Movant, | ) Hearing Date and Time: |
| vs. | ) October 19, 2016 at 10:00 a.m. |
| Ronda J. Winnecour, Trustee, | ) Responses Due: October 4, 2016 |
| Respondent. | ) |

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 12th day of  October  , 2016, upon consideration of the Application for Final Compensation and Reimbursement of Expenses which was filed by Gary W. Short, former counsel for Debtor(s) in the above-captioned case, it is hereby ORDERED that:

1. Gary W. Short is hereby allowed a Chapter 13 administrative expense in the amount of $4,351.45 which includes $4,200.00 in legal services and $151.45 in expenses for the period of June 5, 2016 to September 16, 2016 ("Claim");

2. The Claim shall be paid through the Debtor's chapter 13 plan at a rate of $644.00 per month beginning with plan month no. 1 to the extent funds are on hand and to the extent the payments share pro rata with long term continuing debts and administrative claims;

3. If at the time the Chapter 13 Trustee holds sufficient funds to pay the said balance in a lump sum or at a higher monthly rate without diminishing current distributions to creditors holding long term continuing debts and administrative claims, the Chapter 13 Trustee shall promptly do so; and

4. The Debtor's most recently filed plan is hereby amended to provide for payment of the Claim.

Carlota M. Bohm, Judge    kmt
United States Bankruptcy Court

FILED
10/12/16 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tara C. Carmino  
    Debtor

Case No. 16-22089-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Oct 12, 2016  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.  
db          +Tara C. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:  
         Donald R. Calaiaro    on behalf of Debtor Tara C. Carmino dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com  
         Gary William Short    on behalf of Debtor Scott A. Carmino garyshortlegal@gmail.com, gwshort@verizon.net  
         Joshua I. Goldman    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                   TOTAL: 7