# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-22089 CMB |
| Tara C. Carmino, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Tara C. Carmino, | ) |
| **Movant,** | ) **Hearing Date:** 10/19/16 @ 11:00 a.m. |
| vs. | ) **Response Due:** 09/30/16 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) **Related to Document No. 39** |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF ORDER APPROVING
## COUNSEL FOR THE DEBTOR

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 15, 2016.

**Mailing Matrix**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First Class Mail.**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Date: October 15, 2016**         /s/  Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

```
Label Matrix for local noticing          Aaa Debt Rec                          Aaron Sales & Lease Ow
0315-2                                   Pob 129                                1015 Cobb Place Blvd Nw
Case 16-22089-CMB                        Monroeville, PA 15146-0129             Kennesaw, GA 30144-3672
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Sat Oct 15 09:54:05 EDT 2016

Peter J. Ashcroft                        Donald R. Calaiaro                     Tara C. Carmino
Bernstein-Burkley, P.C.                  Calaiaro Valencik                      741 Prince Street
Suite 2200, Gulf Tower                   428 Forbes Ave., Suite 900             North Versailles, PA 15137-1137
Pittsburgh, PA 15219-1900                Pittsburgh, PA 15219-1621


Cavalry SPV I, LLC                       Collection Service Cen                 Crescent Bank & Trust
500 Summit Lake Drive, Ste 400           839 5th Ave                            P.O. Box 61813
Valhalla, NY 10595-1340                  New Kensington, PA 15068-6303          New Orleans, LA 70161-1813


Crescent Bank And Trus                   Directv, LLC                           Duquense Light Company
5401 Jefferson Hwy Ste D                 by American InfoSource LP as agent     411 Seventh Avenue
Harahan, LA 70123-4232                   PO Box 5008                            POB 1930
                                         Carol Stream, IL  60197-5008           Pittsburgh, PA 15230-1930


Franklin American Mortgage Company       Joshua I. Goldman                      Municipal Authority of Westmoreland Co.
425 Phillips Road                        KML Law Group, P.C.                    POB 800
Trenton, NJ 08618-1430                   701 Market Street                      Greensburg, PA 15601-0800
                                         Suite 5000
                                         Philadelphia, PA 19106-1541


North Versailles Twp. Sani. Auth.        Office of the United States Trustee    Pennsylvania Dept. of Revenue
1401 Greensburg Avenue                   Liberty Center.                        Department 280946
Suite 4                                  1001 Liberty Avenue, Suite 970         P.O. Box 280946
North Versailles, PA 15137-1630          Pittsburgh, PA 15222-3721              ATTN: BANKRUPTCY DIVISION
                                                                                Harrisburg, PA 17128-0946


Peoples Gas Company                      Peoples Natural Gas Company, LLC       Pinnacle Credit Servic
POB 535323                               Attn: Dawn Lindner                     Po Box 640
Pittsburgh, PA 15253-5323                225 North Shore Drive                  Hopkins, MN 55343-0640
                                         Pittsburgh, PA 15212-5861


Ray M. Milke                             Recovery One Llc                       Southwest Credit Syste
c/o Daniel P. Beisler, Esq.              3240 Henderson Rd                      4120 International Pkwy
41 Robbins Station Road                  Columbus, OH 43220-2300                Carrollton, TX 75007-1958
Irwin, PA 15642-2012


UPMS                                     S. James Wallace                       Ronda J. Winnecour
2 Hot Metal Street                       845 N. Lincoln Avenue                  Suite 3250, USX Tower
Dist. Room 386                           Pittsburgh, PA 15233-1828              600 Grant Street
Pittsburgh, PA 15203-2348                                                       Pittsburgh, PA 15219-2702
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Duquesne Light Company

(u)Franklin American Mortgage Company

End of Label Matrix
Mailable recipients    26
Bypassed recipients     2
Total                  28