Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tara C. Carmino** | : | Case No. 16–22089–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Franklin American Mortgage Company | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 5 |
| v. | : | |
| Tara C. Carmino | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

    **AND NOW**, this **30th day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Franklin American Mortgage Company* at Claim No. 5 in the above–captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tara C. Carmino  
     Debtor

Case No. 16-22089-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lkat     Page 1 of 1     Date Rcvd: Dec 01, 2016  
                   Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
db           +Tara C. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:

        Donald R. Calaiaro    on behalf of Debtor Tara C. Carmino dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com  
        Gary William Short    on behalf of Debtor Scott A. Carmino garyshortlegal@gmail.com, gwshort@verizon.net  
        John F. Goryl    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com  
        Matthew John McClelland    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                               TOTAL: 9