# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tara C. Carmino<br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 16-22089 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Franklin American Mortgage Company, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4103

        Respectfully submitted,

        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        jwarmbrodt@kmllawgroup.com
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: 215-825-6306
        Fax: 215-825-6406
        Attorney for Movant/Applicant