# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | TARA C. CARMINO |
| Case Number: | 16-22089-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 23, 2017 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/27/17 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#15 - Continued Confirmation of Plan Dated 6/22/2016 (NFC)
 +Objections By: Franklin American Mortgage Co.
R / M #:  15 / 0

**Appearances:**
Debtor: Valencia
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5/18/17 at 3:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*
No Payments since 11/16.
Still need 2015 Tax return.

Con't at Debtor's Attorney's request so that he can fix this case.

2/15/2017   3:25:39PM