IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tara C. Carmino

Debtor(s).

:
:
: Bankruptcy No. 16-22089-CMB
:
: Chapter 13
:
:

## ORDER

AND NOW, this 16th day of March, 2017, it appearing to the Court that there was an Interim Order of Confirmation of Debtor's Chapter 13 Plan entered on November 21, 2016, and it further appearing that the Debtor has failed to make appropriate installment payments of the filing fee as previously ordered,

NOW THEREFORE, the Chapter 13 Trustee is **HEREBY DIRECTED TO PAY** to the Clerk of Court the unpaid balance due for the filing fee amounting to $310.00 from the first available funds, or, in the alternative, to report to the Court forthwith that such funds are not available. If such funds to pay the filing are unavailable, the case will be dismissed as heretofore ordered.

Carlota M. Böhm, Judge
United States Bankruptcy Court

dms

Case Administrator to mail to:
Debtor(s);
Counsel for Debtor(s);
Chapter 13 Trustee

FILED
3/16/17 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tara C. Carmino  
    Debtor

Case No. 16-22089-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil    Page 1 of 1    Date Rcvd: Mar 16, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.  
db     +Tara C. Carmino,   741 Prince Street,   North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:

    Donald R. Calaiaro    on behalf of Debtor Tara C. Carmino dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com  
    Gary William Short    on behalf of Debtor Scott A. Carmino garyshortlegal@gmail.com, gwshort@verizon.net  
    James Warmbrodt    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
    John F. Goryl    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
    Joshua I. Goldman    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
    Matthew John McClelland    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

    TOTAL: 10