# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | TARA C. CARMINO |
| **Case Number:** | 16-22089-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 18, 2017  03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/19/17 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#15 - Continued Confirmation of Plan Dated 6/22/2016 (NFC)
R / M #:  15 / 0

### Appearances:

Valencik

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 6/7/17 at 10:00.
10. _____ Other:

Need tax returns for T review

No pmt since 11/16

5/12/2017    8:15:27AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tara C. Carmino  
     Debtor

Case No. 16-22089-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: May 19, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.  
db         +Tara C. Carmino,  741 Prince Street,  North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:

       Donald R. Calaiaro    on behalf of Debtor Tara C. Carmino dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
       Gary William Short    on behalf of Debtor Scott A. Carmino garyshortlegal@gmail.com, gwshort@verizon.net  
       James Warmbrodt    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
       John F. Goryl    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
       Matthew John McClelland    on behalf of Creditor   Franklin American Mortgage Company bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                   TOTAL: 10