# PROCEEDING MEMO

**Date:** 07/19/2017 11:00 am

**In re:** Tara C. Carmino

Bankruptcy No. 16-22089-CMB
Chapter: 13
Doc. # 15

**Appearances:**

**Movant(s):**  Winnecour / Bedford / Pail / Katz

**Respondent(s):**  Donald R. Calaiaro, for the Debtor

**Creditor(s):**  James Warmbrodt for Franklin Mortgage

**Nature of Proceeding:**  Continued Contested Plan Hearing re: #15 Amended Chapter 13 Plan Dated 06/22/2016.

**Additional Pleadings:**  #69 Conciliation Conference Minutes

**Judge's Notes:**

No payments since November of last year. Debtors have been unable to attach wages.

Case dismissed without prejudice.

**Outcome:**

____ Motion is GRANTED ____ Order Entered

____ Motion is DENIED ____ Order entered

____ Motion WITHDRAWN

____ Motion is DISMISSED ____ Order entered

____ Reschedule for Proper Service

✓ Case DISMISSED ____ Order entered

____ Parties to submit Order/Settlement/Stipulation by ____ days

____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)

____ ISSUE EVIDENTIARY HEARING NOTCE

____ Discovery time needed ____ days

____ Briefs to be filed:    Movant(s) brief due ____ days
Respondent(s) brief due ____ days
Trustee's brief due ____ days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

JUL 19 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA