**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tara C. Carmino**
    Debtor(s)

Bankruptcy Case No.: 16−22089−CMB

Chapter: 13
Docket No.: 74 − 15

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: July 20, 2017

    Carlota M. Bohm
    United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22089-CMB
Tara C. Carmino                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw           Page 1 of 2           Date Rcvd: Jul 20, 2017
                          Form ID: 225         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
```
db              +Tara C. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14240642        +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
14306708         Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                  Carol Stream, IL 60197-5008
14240647        +Franklin American Mortgage Company,    425 Phillips Road,    Trenton, NJ 08618-1430
14308913        +Franklin American Mortgage Company,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
14240648        +Municipal Authority of Westmoreland Co.,    POB 800,    Greensburg, PA 15601-0800
14240649        +North Versailles Twp. Sani. Auth.,    1401 Greensburg Avenue,    Suite 4,
                  North Versailles, PA 15137-1630
14240650        +Peoples Gas Company,    POB 535323,    Pittsburgh, PA 15253-5323
14307738        +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                  Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14240652        +Ray M. Milke,    c/o Daniel P. Beisler, Esq.,    41 Robbins Station Road,    Irwin, PA 15642-2012
14240653        +Recovery One Llc,    3240 Henderson Rd,    Columbus, OH 43220-2300
14240655        +UPMS,    2 Hot Metal Street,    Dist. Room 386,    Pittsburgh, PA 15203-2348
14309412         University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14240643         EDI: AAEO.COM Jul 21 2017 01:03:00      Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                  Kennesaw, GA 30144
14275836        +E-mail/Text: bankruptcy@cavps.com Jul 21 2017 01:17:16      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14240644        +E-mail/Text: bankruptcy@firstenergycorp.com Jul 21 2017 01:17:02      Collection Service Cen,
                  839 5th Ave,    New Kensington, PA 15068-6303
14243501        +EDI: CRESCENTBANK.COM Jul 21 2017 01:03:00      Crescent Bank & Trust,    P.O. Box 61813,
                  New Orleans, LA 70161-1813
14240645        +EDI: CRESCENTBANK.COM Jul 21 2017 01:03:00      Crescent Bank And Trus,
                  5401 Jefferson Hwy Ste D,    Harahan, LA 70123-4232
14240646        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 21 2017 01:17:37      Duquense Light Company,
                  411 Seventh Avenue,    POB 1930,    Pittsburgh, PA 15230-1930
14310245        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 21 2017 01:17:37      Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
14240651        +EDI: RESURGENT.COM Jul 21 2017 01:03:00      Pinnacle Credit Servic,    Po Box 640,
                  Hopkins, MN 55343-0640
14240654        +EDI: SWCR.COM Jul 21 2017 01:03:00      Southwest Credit Syste,    4120 International Pkwy,
                  Carrollton, TX 75007-1958
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Franklin American Mortgage Company
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: dsaw                  Page 2 of 2                   Date Rcvd: Jul 20, 2017
                              Form ID: 225                Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
          Donald R. Calaiaro    on behalf of Debtor Tara C. Carmino dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Gary William Short    on behalf of Debtor Scott A. Carmino garyshortlegal@gmail.com,
           gwshort@verizon.net
          James Warmbrodt    on behalf of Creditor    Franklin American Mortgage Company
           bkgroup@kmllawgroup.com
          John F. Goryl    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Franklin American Mortgage Company
           bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Franklin American Mortgage Company
           bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                     TOTAL: 10