**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> TARA C. CARMINO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:16-22089 <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/05/2016 and confirmed on 11/21/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,712.09 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,712.09 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,217.32 | |
|   Trustee Fee | 191.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,408.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FRANKLIN AMERICAN MORTGAGE CO <br>     Acct: 4103 | 0.00 | 2,566.23 | 0.00 | 2,566.23 |
|   FRANKLIN AMERICAN MORTGAGE CO <br>     Acct: 4103 | 21,262.33 | 0.00 | 0.00 | 0.00 |
|   CRESCENT BANK & TRUST <br>     Acct: 5087 | 15,867.63 | 315.72 | 416.52 | 732.24 |
| | | | | 3,298.47 |
| **Priority** | | | | |
|   DONALD R. CALAIARO <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   TARA C. CARMINO <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GARY W SHORT ESQ <br>     Acct: XXXXXXXXXXXXXXXXXXXX6-16 | 4,351.45 | 1,217.32 | 0.00 | 0.00 |
|   GARY W SHORT ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRO SE <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | FRANKLIN AMERICAN MORTGAGE CO<br>Acct: 4103 | 1,400.00 | 0.00 | 0.00 | 0.00 |
| | CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX CMB | 310.00 | 5.00 | 0.00 | 5.00 |
| | | | | | 5.00 |
| Unsecured | | | | | |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FAST LOANS AT DOLLAR SMART<br>Acct: 8901 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AARONS SALES AND LEASE<br>Acct: 3952 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AARONS SALES AND LEASE<br>Acct: 7716 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: 8Tl0 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 6146 | 14,553.90 | 0.00 | 0.00 | 0.00 |
| | MUNIC AUTH OF WESTMORELAND CTY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | N VERSAILLES TWP SANITARY AUTH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PINNACLE CREDIT SERVICES LLC - ASSIG<br>Acct: 0001 | 1,755.55 | 0.00 | 0.00 | 0.00 |
| | RAY MILKE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | RECOVERY ONE<br>Acct: 1645 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SOUTHWEST CREDIT SYSTEMS*<br>Acct: 2030 | 0.00 | 0.00 | 0.00 | 0.00 |
| | UPMC(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SCOTT CARMINO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAVALRY SPV I LLC*<br>Acct: 2385 | 979.19 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP - AGENT DIRE<br>Acct: 2749 | 382.15 | 0.00 | 0.00 | 0.00 |
| | UNIVERSITY OF PITTSBURGH PHYSICIANS<br>Acct: 1910 | 442.36 | 0.00 | 0.00 | 0.00 |

***N O N E***

TOTAL PAID TO CREDITORS                                                                 3,303.47

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,710.00 |
| SECURED | 37,129.96 |
| UNSECURED | 18.113.15 |

Date: 08/23/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com